JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| RAUL ALCALA,<br><br>    Petitioner,<br><br>    v.<br><br>FIDENCIO GUZMAN,<br><br>    Respondent. | Case No. 5:22-cv-01240-JGB (DTB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: June 7, 2024

JESUS G. BERNAL
United States District Judge

1